PER CURIAM.
Affirmed. Oregon v. Elstad, 470 U.S. -, 105 S.Ct. 1285, 84 L.Ed.2d 222 (1985); Johnson v. State, 438 So.2d 774, 778 (Fla.1983), cert. denied, — U.S. -, 104 S.Ct. 1329, 79 L.Ed.2d 724 (1984); Washington v. State, 432 So.2d 44, 47 (Fla.1983); Barfield v. State, 402 So.2d 377, 380-81 (Fla.1981); Clark v. State, 379 So.2d 97, 103 (Fla.1979), cert. denied, 450 U.S. 936, 101 S.Ct. 1402, 67 L.Ed.2d 371 (1981); Lewis v. State,. 411 So.2d 880, 882 (Fla. 3d DCA 1981), review denied, 418 So.2d 1279 (Fla.1982); Showers v. State, 364 So.2d 848 (Fla. 2d DCA 1978).